**Nikrouz GHAZIBAYAT, Plaintiff— Appellant,**

v.

**SBC ADVANCED SOLUTIONS, INC., Defendant—Appellee.**

No. 07–55254.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 22, 2008.*

Filed Aug. 5, 2008.

———————

Nikrouz Ghazibayat, Canoga Park, CA, pro se.

Before: B. FLETCHER, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

Nikrouz Ghazibayat appeals pro se from the district court's order denying his re-

quest to proceed in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369 (9th Cir.1987). We affirm.

Ghazibayat's proposed complaint seeks review of a state court judgment, which is barred by the *Rooker–Feldman* doctrine. *See Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003) (explaining that under the *Rooker–Feldman* doctrine, federal district courts lack subject matter jurisdiction to hear a direct appeal from the final judgment of a state court). Accordingly, the district court did not abuse its discretion by denying Ghazibayat's request to proceed in forma pauperis because it appears from the face of the proposed complaint that the action is frivolous or without merit. *See Tripati,* 821 F.2d at 1370; *Minetti v. Port of Seattle,* 152 F.3d 1113, 1115 (9th Cir.1998) (per curiam) (concluding that district court did not abuse its discretion by denying in forma pauperis application where plaintiff lacked standing, and complaint was barred by res judicata and judicial immunity).

Ghazibayat's motion to expedite the case is denied as moot.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. Accordingly, Ghazibayat's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.